# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-4079 PA (Ex) | Date | June 30, 2025 |
|---|---|---|---|
| Title | NY Black and Gold Corporation v. Doores Beauty LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Before the Court is a response to the Court's Order to Show Cause ("OSC") dated June 23, 2025 (Docket No. 14), filed by plaintiff NY Black and Gold Corporation ("Plaintiff"). (Docket No. 15.) Although erroneously captioned as a "Notice of Motion and Motion for Order to Show Cause," Plaintiff's response to the OSC asks the Court for additional time to request entry of default and to file a motion for default judgment based on the defendant's failure to file a response to the complaint. (Id.) This response is insufficient because an entry of default is required before filing a motion for default judgment. See Fed. R. Civ. P. 55 and Local Rule 55-1.

Accordingly, Plaintiff has until July 7, 2025 to request entry of default. Assuming the request for entry of default is entered, the Court will set a date for the filing of Plaintiff's motion for default judgment. Failure to request entry of default by July 7, 2025 will result in dismissal of the complaint.

IT IS SO ORDERED.